IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02197-WYD-KMT

MARGARITA ROMAN,

    Plaintiff,

v.

NASH-FINCH COMPANY, d/b/a AVANZA SUPERMARKET,

    Defendant.

---

## ORDER OF DISMISSAL

---

The Stipulated Motion to Dismiss With Prejudice, filed June 1, 2012 [ECF No. 18] is **GRANTED**.  The claims and causes of action asserted in this matter are hereby **DISMISSED WITH PREJUDICE**, each party to bear her/its own costs and expenses.

Dated:  June 4, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE